IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MICHELLE SPANN | § | |
| | § | |
| VS. | § | NO. 1:13CV700 |
| | § | |
| LANXESS CORPORATION | § | |

## MEDIATOR REPORT

In accordance with the Court's Order, a mediation conference was held May 30, 2014.

The conference resulted in settlement. All parties and counsel were present.

SIGNED this 2nd day of June, 2014.

_____
ROBERT A. BLACK, Mediator

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the Mediator Report was e-filed pursuant to the Federal Rules of Civil Procedure to the following this 2nd day of June, 2014:

Ms. Andrea M. Johnson
Burleson LLP
700 Milam Street, Suite 1100
Houston, Texas 77002

Mr. Kenneth W. Lewis
Mr. Stephen L. Townsend
Bush Lewis, PLLC
595 Orleans, Suite 500
Beaumont, Texas 77701

_____
ROBERT A. BLACK

BEAULITIGATION:1403805.1