** NOT PRINTED FOR PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MICHELLE SPANN, | § § | |
| *Plaintiff,* | § § | CIVIL ACTION No. 1-13-CV-700 |
| v. | § § | JUDGE RON CLARK |
| LANXESS CORP., | § § | |
| *Defendant.* | § | |

## ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

Before the court is the parties' Agreed Motion to Dismiss with Prejudice. [Doc. # 13]. The parties seek a dismissal with prejudice. The court is of the opinion that it should grant this. IT IS THEREFORE ORDERED that the Agreed Motion to Dismiss with Prejudice [Doc. # 13] is GRANTED, this case is DISMISSED WITH PREJUDICE, and costs will be borne by the party incurring the same.

So **ORDERED** and **SIGNED** this **7** day of **July, 2014.**

_____
Ron Clark, United States District Judge

1